UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL LOVE,

    Plaintiff,

v.

MADISON AVENUE DEVELOPMENT GROUP LLC, et al.,

    Defendants.

Case No. 18-cv-05166-PJH

**ORDER OF DISMISSAL**

Re: Dkt. No. 30

Plaintiff, by his counsel, having advised the court that a settlement has been reached in this case, IT IS HEREBY ORDERED that this case is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty days, with proof of service thereof on the opposing party, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

If no certification is filed, after passage of sixty days, the dismissal shall be **with** prejudice. The parties may, of course, substitute a dismissal with prejudice at any time during this sixty day period.

**IT IS SO ORDERED.**

Dated: February 11, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge